UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL CASE NO.: 24-3119 (DSD/ECW)

Julie Dalton, individually
and on behalf of all others
similarly situated,

       Plaintiffs,

  v.

Allure Intimate Apparel,

       Defendant.

**ORDER**

Based upon the submitted Stipulation of Dismissal, **IT IS HEREBY ORDERED that** which has been reviewed and approved by the undersigned, all claims between the parties be dismissed with prejudice and without costs or fees to any party.

Dated: November 19, 2024

s/David S. Doty
David S. Doty, Judge
United States District Court